# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 14, 2019

*By the Court:*

| | |
|---|---|
| No. 18-2957 | ROUSEMARY VEGA, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CHICAGO BOARD OF EDUCATION, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:15-cv-03221<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman ||

On July 2, 2019, and July 24, 2019, the court ordered the appellant to show cause why this appeal should not be dismissed for lack of prosecution based on the failure to timely file an opening brief. Although the most recent response was due August 7, 2019, the appellant has failed to respond or file the required opening brief.

Accordingly, **IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution. See Cir. R. 31(c)(2).

form name: **c7_FinalOrderWMandate**(form ID: **137**)